# Notice Recipients

District/Off: 0422–1  User: settlesvj  Date Created: 10/4/2021
Case: 21–01056–KHK  Form ID: initsc  Total: 1

**Recipients of Notice of Electronic Filing:**
aty   Benjamin P. Smith   bsmith@shulmanrogers.com

TOTAL: 1