# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **TAYLOR MADISON FRANCOIS BODINE** | ) | **Case No. 21-11238-KHK** |
| | ) | **(Chapter 7)** |
| Debtor | ) | |
| | ) | |
| **LANI HAY** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Adversary Proceeding** |
| | ) | **No. 21-01056-KHK** |
| **TAYLOR MADISON FRANCOIS BODINE** | ) | |
| | ) | |
| Debtor. | ) | |

## AFFIDAVIT OF SERVICE

I, Benjamin P. Smith, of Shulman, Rogers, Gandal, Pordy & Ecker, P.A., 12505 Park Potomac Avenue, Sixth Floor, Potomac, Maryland 20854, certify:

1. That I am, and at all times hereinafter mentioned was, more than 18 years of age;

2. That on the 4th day of October, 2021, I served copies of the within **(i) Summons and Notice in an Adversary Proceeding, (ii) Complaint, and (iii) Initial Scheduling Order** filed in this proceeding, on Defendant, Taylor Madison Francois Bodine, a party against whom relief is sought, by causing to be mailed by first class mail, postage prepaid, to: Taylor Madison Francois Bodine, 42779 Travelers Run Lane, Leesburg, VA 20176 and to Defendant's Counsel

Benjamin P. Smith (VSB 90430)
William B. Schroeder (VSB 43179, *pro hac vice* pending)
Shulman, Rogers, Gandal, Pordy & Ecker, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
(301) 230-5200
(301) 230-5231
*Counsel for Plaintiff*

Robert Sergio Brandt, The Law Office of Robert S. Brandt, 600 Cameron Street, Alexandria, VA 22314.

       Respectfully submitted,

       **SHULMAN, ROGERS, GANDAL,
PORDY & ECKER, P.A.**

By:   /s/ Benjamin P. Smith
       Benjamin P. Smith (VSB 90430)
       William B. Schroeder (VSB 43179, *pro hac vice* pending)
       12505 Park Potomac Avenue, Sixth Floor
       Potomac, Maryland 20854
       TEL:  (301) 230-5200
       FAX:  (301) 230-2891
       Email: bsmith@shulmanrogers.com
             wschroeder@shulmanrogers.com
       *Counsel for Plaintiff*

Dated: October 5, 2021