**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| *In re:* ) | |
| ) | Case No. 21-11238-KHK |
| TAYLOR MADISON FRANCOIS ) | |
| BODINE, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| LANI HAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Proc. No. 21-01056-KHK |
| ) | |
| TAYLOR MADISON FRANCOIS ) | |
| BODINE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION AND CONSENT ORDER EXTENDING THE TIME BY
WHICH DEFENDANT MAY FILE AND SERVE A TIMELY RESPONSE
TO THE COMPLAINT**

At the request of Defendant Taylor Madison Francois Bodine ("Defendant"), and to accommodate Defendant's counsel's prior professional obligations and travel commitments, Defendant and Plaintiff Lani Hay hereby stipulate and agree that Defendant shall have an extension of time, from Wednesday November 3, 2021 to and including Monday, November 8, 2021, by which Defendant may file and serve file a timely response to the Complaint in this adversary proceeding.

Stephen E. Leach (Va. Bar No. 20601)
HIRSCHLER FLEISCHER PC
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102
(703) 946-1365
sleach@hirschlerlaw.com
*Counsel for Taylor Madison Francois Bodine*

Respectfully submitted,

*/s/ Stephen E. Leach*
Stephen E. Leach (Va. Bar No. 20601)
HIRSCHLER FLEISCHER, PC
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102
Telephone:    (703) 584-8902
Email: sleach@hirschlerlaw.com
*Counsel for Defendant Taylor Madison Francois Bodine*

*/s/ Benjamin P. Smith*  (Signature affixed with permission)
Benjamin P. Smith (Va. Bar No. 90430)
SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854
Telephone:    (301) 230-5200
Email:  bsmith@shulmanrogers.com
*Counsel for Plaintiff Lani Hay*


SO ORDERED this _____ day of November, 2021.


       /s/ Klinette H Kindred                              Nov 5 2021
_____
UNITED STATES BANKRUPTCY JUDGE


                                              Entered On Docket: Nov 5 2021


13539908.1  045740.00001


2