DocuSign Envelope ID: 8F0B2B02-E2AE-497D-9C0E-85F52AE511AB

EXHIBIT 2

# FRANCOIS-BODINE CONSULTING PERSONAL INTRODUCTIONS AGREEMENT

This personal Search Agreement and the separate Non-Disclosure agreement shall be called (this "Agreement") is made and executed this __19___ day of __October, 2018 by and between FRANCOIS- BODINE CONSULTING here after called FB Consulting, and the individual whose name, address and signature are set forth below (the "Client").

Client (print) ___Lani Hay_____

Address (print) ___5743 Potomac Ave NW Washington DC 20016_____

The parties agree that this Agreement is to be governed and construed under the law of the Commonwealth of Virginia without regard to its conflicts of law provisions. The parties further agree that all disputes shall be resolved exclusively in state or federal court in Loudon County, Virginia.

RECITALS:   FB Consulting is in the business of providing introductions to individuals to enable them to meet others for the purpose of entering into a long-term romantic relationship / marriage. NOW, THEREFORE, in consideration of the foregoing and the mutual promises contained herein and in any potential separate Non Disclosure Agreement, and intending to be legally bound, FB Consulting and the Client agree as follows:

1. Engagement. Client hereby retains and engages FB Consulting's Services for the term set forth below, and FB Consulting hereby accepts such engagement.   2. Term. The term of this Agreement shall commence on the date set forth (the "Commencement Date"), and shall expire ___12____ months after the Commencement Date. If the client is not matched within 12 months matchmaker may extend for another 12 months at no cost if the client is amenable and not found a match.

3. Fee. In consideration for FB Consulting Services for the Term, the Client shall pay a _$50,000__Consulting/Matchmaking Fee in total for a one year unlimited national search with a second year option at no cost. This fee will provide unlimited introductions.



DocuSign Envelope ID: 8F0B2B02-E2AE-497D-9C05-85F52AE511AB



The Process:

*The intake was conducted (October_19_, 2018 ). Client is open to a national search and willing to travel.*

*Taylor will present client with a written profile and/or verbal profile with subsequent picture of the potential match.*

*The client shall make herself available to consult with Taylor prior to the date.*

*After a date the client must make herself available with the matchmaker no later than 24 hours post date for a phone consult.*

This package includes three freeze periods for the duration of three weeks. In order to activate a freeze the client must send written intent via email to the firm.

The Client shall provide Taylor with her travel schedule two weeks prior in order to guarantee introductions in her city of travel.

FB Consulting reserves the right to request (2) two full body professional pictures of the client. FB Consulting does reserve the right to request the client get professional photographs or breach agreement.

Client shall respond fully and accurately to inquiries by FB Consulting about the Client's background and current status, and hereby gives FB Consulting the right to make all reasonable investigations with respect thereto.

4. Client's Representations and Conduct. Client represents that she is engaging FB Consulting solely to seek a Candidate for a long-term romantic relationship/marriage, and not for any monetary gain or immoral or illegal purpose. In addition, as a client, you agree that: (a) you are solely responsible for your conduct and for the information you provide to FB Consulting or transmit to others. (b) FB Consulting reserves the right, but has no obligation, to monitor disputes between you and others. (c) You will not transmit to other members or employees any defamatory, inaccurate, abusive, profane, offensive, sexually oriented, threatening, harassing, racially offensive, or illegal material or any material that infringes or violates another party's rights. (d) You will not use the Service in a manner inconsistent with applicable laws and regulations. (e) You will not impersonate any person or entity. (f) You will not harvest or collect personal information about other members, whether or not for commercial purposes, without





*Francois-Bodine Consulting*

their express consent. (g) Client will not provide any information to the press/online about their introductions (h) Client agrees to heed matchmaker's suggestions on attire. (I) Client agrees to be on time for dates and in the event of cancellation 48 hour notice is required. (j) Client agrees to be available for a phone call the day after their date for a consultation with Taylor.

5. Indemnity by Client. You agree to defend, indemnify, and hold FB Consulting, its officers, directors, employees, agents and representatives, free and harmless from and against any and all losses, penalties, costs, liabilities, claims, demands, settlements and expenses relating to or arising out of your membership. a. Your breach of this Agreement; b. Any breach of your representations and warranties set forth in this Agreement and/or in the questionnaire/application or in your profile submitted to FB Consulting; c. Any allegation that any materials you supply to FB Consulting infringe or otherwise violate the copyright, trademark, trade secret or other intellectual property or other rights of any third party; and/or d. FB Consulting does not represent, warrant or guarantee the accuracy of any statement made by any Candidate, nor shall FB Consulting be liable for any inaccuracy in any description of a Candidate made directly by a candidate. Accordingly, the Client releases FB Consulting from all claims, actions, causes of action, loss and liability resulting directly or indirectly from any and all Introductions, regardless of the reasons therefore, including claims for bodily or personal jury, property damage, monetary loss or other compensatory damages.

6. Matchmaking Services are not refundable. Any disclosure regarding confidential information of FB Consultant Inc, discussions with Taylor outside of legal context, and defamation of the business or Taylor results in conclusion of the contract.

7. Should Client relocate his/her permanent residence to a residence more than twenty- five (25) miles away from their initial domicile they must inform FB Consulting in writing with one (1) month notice of moving.

8. Travel. Client states that he/or she is willing to travel to meet with qualified Candidates and recognize that we are a nationally based firm.



Signature _____
          DocuSigned by:
          Lori Hay
          AD840BD49F544AF...

Date_____ 10/20/2018 3:26:47 PM PDT _____

Email Address:_____

Phone:_____