IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |  |
|---|---|---|
| *In re:* <br><br> TAYLOR MADISON FRANCOIS BODINE, <br><br> Debtor. | ) ) ) ) ) ) ) ) ) | Case No. 21-11238-KHK <br><br> Chapter 7 |
| LANI HAY, <br><br> Plaintiff, <br><br> v. <br><br> TAYLOR MADISON FRANCOIS BODINE, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Adv. Proc. No. 21-01056-KHK |

**CONSENT ORDER OF DISMISSAL WITHOUT PREJUDICE AND
CONFIRMATION OF RELIEF FROM STAY**

This matter comes before the Court following the Defendant Debtor, Taylor Madison Francois Bodine's ("Defendant"), waiver of discharge under section 727 of the United States Bankruptcy Code (the "Waiver") [Main Case Dkt. No. 38-2], and the Court's order (the "Waiver Order") [Main Case Dkt. No. 40] approving the Waiver, and the agreement between Plaintiff and Defendant as to the disposition of this adversary proceeding;

And it appearing to the Court that the relief requested in this Consent Order is appropriate in light of the aforesaid circumstances; it is hereby

Stephen E. Leach (Va. Bar No. 20601)
HIRSCHLER FLEISCHER PC
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102
(703) 946-1365
sleach@hirschlerlaw.com
*Counsel for Taylor Madison Francois Bodine*

**ORDERED** that the instant adversary proceeding be, and hereby is, DISMISSED WITHOUT PREJUDICE, so that Plaintiff may resume her case against the Defendant in the Circuit Court for Loudoun County, Virginia, identified by Case No. 107-CL-19-00061300; and it is further

**ORDERED** that the provisions of 11 U.S.C. § 362(c)(2)(C) are deemed to apply in this adversary proceeding and in Defendant's bankruptcy case related to this adversary proceeding, and that the stay under 11 U.S.C. 362(a) was removed effective upon the entry of the Waiver Order, which confirmed the Defendant is denied a discharge in Defendant's above-captioned bankruptcy case; and it is further

**ORDERED** that Defendant has agreed to and has effectively waived her right to any appeal of the Waiver Order, such Waiver Order having been entered following Defendant's knowing, informed and intelligent waiver of discharge; and it is further

**ORDERED** that Plaintiff shall be permitted to seek to vacate this Consent Order and to resume the litigation in this proceeding in the event Defendant seeks to vacate, challenge, or appeal the Waiver Order or Plaintiff's right to resume the state court litigation identified above.

Respectfully submitted,

/s/ Stephen E. Leach
Stephen E. Leach (Va. Bar No. 20601)
HIRSCHLER FLEISCHER, PC
8270 Greensboro Drive, Suite 700
Tysons, Virginia 22102
Telephone:    (703) 584-8902
Email: sleach@hirschlerlaw.com
*Counsel for Defendant Taylor Madison Francois Bodine*

/s/ Benjamin P. Smith   (Signature affixed with permission)
Benjamin P. Smith (Va. Bar No. 90430)
SHULMAN, ROGERS, GANDAL, PORDY & ECKER, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854

Telephone:   (301) 230-5200
Email:  bsmith@shulmanrogers.com
*Counsel for Plaintiff Lani Hay*

SO ORDERED this _____ day of January ___, 2022

Jan 27 2022

/s/ Klinette H Kindred
_____
HONORABLE KLINETTE H. KINDRED
UNITED STATES BANKRUPTCY JUDGE

Entered On Docket: Jan 28 2022

14516985.1  046819.00001

3