# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0422–1 | User: palaciosl | Date Created: 1/28/2022 |
| Case: 21–01056–KHK | Form ID: pdford9 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty     Benjamin P. Smith     bsmith@shulmanrogers.com
aty     Stephen E. Leach      sleach@hirschlerlaw.com

TOTAL: 2